CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO MARISCAL,<br><br>　　　　Defendant | Case No.: 2:19-cr-00251-GMN-NJK<br><br>**STIPULATION AND ORDER** |

COMES NOW, ARMANDO MARISCAL, by and through his counsel, Chris T. Rasmussen, Esq., and the United States through Susan Cushman, Assistant United States Attorney submits the following Stipulation and Order.

Dated this 31st day of March, 2020.

　　　　　　　　　　　　　　　　　　/s/ Chris T. Rasmussen
　　　　　　　　　　　　　　　　　　CHRIS T. RASMUSSEN, ESQ.
　　　　　　　　　　　　　　　　　　Nevada Bar No. 7149
　　　　　　　　　　　　　　　　　　RASMUSSEN LAW P.C.
　　　　　　　　　　　　　　　　　　520 South Fourth Street
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　702-384-5563
　　　　　　　　　　　　　　　　　　ctr@rasmussenlaw.com

STIPULATION AND ORDER - 1

## STIPULATION TO REMOVE FIVE CONDITIONS OF RELEASE

The Parties hereby stipulate to remove the following conditions upon the advise of Pretrial Services:

1. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.

2. Curfew: The defendant is restricted to his residence at a schedule deemed appropriate by Pretrial Services or the supervising officer.

3. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology. Global Positioning Satellite (GPS) monitoring Stand Alone Unit Only

4. The defendant shall not tamper with, damage, or remove the monitoring device according to the instructions provided by Pretrial Services or the supervising officer.

5. The defendant shall pay all or part of the cost of the location monitoring program based upon his ability to pay as determined by Pretrial Services or the supervising officer.

.

Dated this 31st day of March, 2020.

/S/ Chris T. Rasmussen          /S/ Susan Cushman
_____         _____
Attorney for Armando Mariscal   Assistant United States Attorney

STIPULATION AND ORDER - 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO MARISCAL,<br><br>Defendant | Case No.: 2:19-cr-00251-GMN-NJK<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY ORDERED:**

Pursuant to the parties stipulation the following five conditions of pretrial release are removed:

1. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.

2. Curfew: The defendant is restricted to his residence at a schedule deemed appropriate by Pretrial Services or the supervising officer.

3. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology. Global Positioning Satellite (GPS) monitoring Stand Alone Unit Only

4. The defendant shall not tamper with, damage, or remove the monitoring device according to the instructions provided by Pretrial Services or the supervising officer.

5. The defendant shall pay all or part of the cost of the location monitoring program based upon his ability to pay as determined by Pretrial Services or the supervising officer.

**IT IS SO ORDERED**

**DATED: April 01, 2020**

STIPULATION AND ORDER - 3

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**