CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00251-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| ARMANDO MARISCAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, ARMANDO MARISCAL., by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on December 16, 2020 at 10:00 a.m. be vacated and continued for 30 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing.

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

1

6. This is the first request for continuance.

DATED this 9th day of December, 2020.

| /s/ Chris T. Rasmussen | /s/ Susan Cushman |
|---|---|
| CHRIS T. RASMUSSEN, ESQ.<br>Attorney for Defendant | SUSAN CUSHMAN<br>Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMANDO MARISCAL,<br><br>    Defendant. | Case No.: 2:19-cr-00251-GMN-NJK<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare for sentencing.

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ARMANDO MARISCAL, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:19-cr-00251-GMN-NJK <br><br> **ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for December 16, 2020, at the hour of 10:00 a.m., be vacated and continued to January 20, 2021, at the hour of 1:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this __10__ day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

4