NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

ARMANDO MARISCAL,

    Defendant.

Case No.: 2:19-cr-00251-GMN-NJK

STIPULATION TO CONTINUE SENTENCING
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and CHRIS T. RASMUSSEN, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for Wednesday, January 20, 2021, at 1:00 p.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for the government has a conflict due to an older matter, *United States v. Green,* 2:18-cr-0095-APG-NJK that was previously set for sentencing on the same day and time, January 20, 2021, at 1:00 pm.  The defendant in the older case is also detained.

2. Both parties require additional time to prepare for sentencing.

3. The parties agree to the continuance.

4. Defendant Mariscal is on pretrial release and does not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but to permit the parties to fully prepare for sentencing.

6. This is the second request to continue the sentencing.

DATED this the 29th day of December 2020.

                NICHOLAS A. TRUTANICH
                United States Attorney


                */s/ Susan Cushman*
                SUSAN CUSHMAN
                Assistant United States Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA


                */s/ Chris T. Rasmussen*
                CHRIS T. RASMUSSEN, Esq.
                DEFENSE COUNSEL
                Counsel for Defendant Armando Mariscal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00251-GMN-NJK |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| vs. | |
| ARMANDO MARISCAL, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until March 3, 2021, at the hour of 12:00 p.m. in Courtroom 7D.

DATED this  30   day of December 2020.

_____
UNITED STATES DISTRICT JUDGE

3