NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19-cr-0251-GMN-NJK |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING (Third Request) |
| vs. ) | |
| ARMANDO MARISCAL, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and CHRIS T. RASMUSSEN, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for Tuesday, March 3, 2021, at 12:00 p.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 90 days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel has requested additional time to prepare for sentencing.

2.  The parties agree to the continuance.

3.  Defendant Mariscal is on pretrial release and does not object to the continuance.

4.  The additional time requested herein is not sought for purposes of delay, but to permit the parties to fully prepare for sentencing.

5.  This is the third request to continue the sentencing.

DATED this 23rd day of February 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney


By */s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


*/s/ Chris T. Rasmussen*
CHRIS T. RASMUSSEN, Esq.
DEFENSE COUNSEL
Counsel for Defendant Armando Mariscal

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )     Case No.: 2:19-cr-0251-GMN-NJK
                                        )
        Plaintiff,                   )     ORDER TO CONTINUE
                                        )     SENTENCING
    vs.                             )
                                        )
ARMANDO MARISCAL,                       )
                                        )
        Defendant.                   )
_____ )

       Based on the pending Stipulation of counsel, and good cause appearing therefore, the

Court hereby orders that sentencing in the above-captioned matter be vacated and continued

until June 16, 2021, at the hour of 11:00 a.m.

       DATED this __25__ day of February 2021.


_____
UNITED STATES DISTRICT JUDGE

3