```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                                COUNSEL/PARTIES OF RECORD

                         JUN 16 2021

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
            BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-251-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ARMANDO MARISCAL, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Armando Mariscal to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the First Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Armando Mariscal pled guilty. First Superseding Criminal Indictment, ECF No. 35; Plea Agreement, ECF No. 94; Change of Plea, ECF No. 90; Preliminary Order of Forfeiture, ECF No. 98; Amended Preliminary Order of Forfeiture, ECF No. 117.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

  This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 11, 2020, through September 9, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 101-1, p. 5.

  This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 102; Notice of Filing Service of Process – Personal Service, ECF No. 103.

  On August 21, 2020, the United States Attorney's Office served Enrique Suarez by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1 p. 3, 6-8, 10-29, 31-35.

  On August 21, 2020, the United States Attorney's Office served Gabriel Gonzalez by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-29, 36-38.

  On August 21, 2020, the United States Attorney's Office served Ramiro Ordaz-Nunez, aka Ramiro Ordaz, aka Ramiro Ordannunez, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-29, 39-43.

  On August 21, 2020, the United States Attorney's Office served Gustavo Pulido-Cano by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-29, 44-46.

  On August 21, 2020, the United States Attorney's Office attempted to serve Javier Sarabia by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as not deliverable as addressed and unable to

forward. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-29, 47-51.

On August 21, 2020, the United States Attorney's Office served Javier Sarabia by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 4, 6-8, 10-29, 52-56.

On or about September 11, 2020, the United States Marshals Service personally served Yahaira Mariscal-Sanabia with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 103.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $54,780;
2. $50,000;
3. $7,460;
4. a Glock 26, 9 mm, s/n BGXH541; and
5. any and all ammunition

(all of which constitutes property).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _June 16_, 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE